**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ADAI JIMENEZ,<br><br>            Defendant. | Case No. 2:14-cr-343-LDG-CWH<br><br>**ORDER** |

ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that the best interest of justice is served by the granting of the continuance.

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled on Monday, January 4, 2016 at 10:00 a.m., be vacated and continued to Thursday, February 4, 2016 at the hour of 10:00 a.m. in courtroom 6B.

DATED this 15 day of December 2015.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE