RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
TIFFANY NOCON
Assistant Federal Public Defender
Nevada State Bar No. 14318
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Tiffany_Nocon@fd.org

Attorney for Adai Jimenez

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ADAI JIMENEZ,<br><br>            Defendant. | Case No. 2:14-cr-343-RFB-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Tiffany Nocon, Assistant Federal Public Defender, counsel for Adai Jimenez, that the Revocation Hearing currently scheduled on September 11, 2019 at 2:15 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Mr. Jimenez has a state court hearing relating to the alleged violations on October 3, 2019.

2. Mr. Jimenez is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 10th day of September, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Tiffany Nocon*<br>By_____<br>TIFFANY NOCON<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-343-RFB-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| ADAI JIMENEZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, September 11, 2019 at 2:15 p.m., be vacated and continued to December 12, 2019 at the hour of  2 : 45  p.m.; or to a time and date convenient to the court.

DATED this 11th day of September, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE